UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION
CASE NO. _____

HOMER K. ABNER                                                                                   PLAINTIFF

VS.       NOTICE OF REMOVAL OF CIVIL ACTION NO. 21-CI-00051
          FROM KNOX CIRCUIT COURT, KNOX COUNTY, KENTUCKY
          *Electronically Filed*

PAM TRANSPORT, INC.                                                                          DEFENDANT

* * * * *

Comes the Petitioner, PAM Transport, Inc., by counsel, and files this notice of removal of Civil Action Number 21-CI-00051 from the Circuit Court of Knox, County Kentucky, to the United States District Court for the Southern District of Kentucky, London Division, and respectfully shows the Court as follows:

1.      Petitioner, PAM Transport, Inc., is a Defendant in a civil action brought against it in the Circuit Court of Knox County, Kentucky, titled *Homer K. Abner v. PAM Transport, Inc.,* bearing Civil Action Number 21-CI-00051.

2.      Copies of all process, pleadings, and orders served on or by Petitioner in said action are attached hereto as Exhibit A.

3.      Said action was commenced by the filing of a complaint against this Petitioner in Knox County, Kentucky Circuit Court on or about February 17, 2021. Petitioner PAM Transport, Inc. received notice of the claim via service through the Secretary of State, who mailed it to this Petitioner on or about March 2, 2021. Petitioner received the summons and complaint on or about March 8, 2021.

4.      The controversy between Plaintiff and Petitioner is a controversy between citizens of different states.

4821-1894-7295, v. 1

(a) Plaintiff, Homer K. Abner, has been identified in the complaint as a citizen of Knox County, Kentucky, and based upon reasonable information and belief, were residing in Kentucky as citizens on the date of the subject accident, and at all times thereafter, through and including the present time.

(b) Petitioner, PAM Transport, Inc., is a resident and citizen of the state of Arkansas, the place of its incorporation and principal place of business.

(c) To the best of Petitioner's knowledge and information, Plaintiff will claim as damages a sum of money exceeding Seventy-Five Thousand Dollars ($75,000). As a result of this accident, Plaintiff is claiming that he has suffered past mental and physical pain and suffering and will endure such suffering in the future. Plaintiff also claims past medical expenses as a result of the accident and states he will incur future medical expenses. Plaintiff further claims loss of the enjoyment of his life and an increased likelihood of future complications and inconvenience as a result of the accident. As a result of this accident, Plaintiff filed a workers' compensation claim. Based upon reasonable information and belief, he has received in excess of $40,000 as a result of this accident from the workers' compensation carrier, which has assigned the subrogation lien to Plaintiff for collection in the subject case. Plaintiff has treated at Baptist Health Corbin, Barbourville ARH Hospital, PT Pros Spine & Brain Neurosurgical Care and Baptist Health Louisville.

5. The pending action is one that may be removed to this Court, and this notice of removal is filed pursuant to 28 U.S.C. § 1441, *et seq.* (including § 1446(b)) within thirty (30) days of Petitioner receiving notice of the subject lawsuit through service of the complaint.

WHEREFORE, Petitioner prays that this notice of removal be filed; that said action being Civil Action Number 21-CI-00051 currently in the Knox Circuit Court, be removed to and proceed in this Court; and that no other further proceedings be had in the Circuit Court of Knox County, Kentucky.

        DANIEL E. MURNER   (No. 82715)
        ELIZABETH J. WINCHELL (No. 92088)
        LACEY FIORELLA      (No. 92006)
        LANDRUM & SHOUSE LLP
        P. O. Box 951
        Lexington, KY  40588-0951
        Telephone:  (859) 255-2424

BY:   /s/Daniel E. Murner
        COUNSEL FOR PETITIONER

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 15, 2021, the foregoing was filed through CM/ECF system, and was sent by mail to:

Roy G. Collins                    (roy.collins@kentuckycourage.com)
MORGAN, COLLINS, YEAST & SALYER
109 Dickenson Street
Manchester, KY  40962
*Co-Counsel for Plaintiff*

Bruce Bentley                    (bruce@bsglawfirm.com)
105 N. Main Street
P.O. Box 1926
London, KY  40743
*Co-Counsel for Plaintiff*

BY:    s/Daniel E. Murner
       COUNSEL FOR PETITIONER

4821-1894-7295, v. 1