**COMMONWEALTH OF KENTUCKY**
**27th JUDICIAL CIRCUIT**
**KNOX CIRCUIT COURT**
**DIVISION \_\_\_\_\_**
**CIVIL ACTION NO. 21-CI-_____**

*Electronically Filed*

**HOMER K. ABNER,**                                                                                              **PLAINTIFF,**

**VS.**

**PAM TRANSPORT, INC.,**                                                                                       **DEFENDANT.**

## COMPLAINT

Comes the plaintiff, for his cause of action against the defendant, and state as follows:

1.  The plaintiff is now and was at all times relevant hereto an adult resident of Knox County, Kentucky.

2.  The defendant, PAM Transport, Inc., is a foreign corporation conducting business in Knox County, Kentucky. PAM Transport, Inc. has designated the Kentucky Secretary of State as its agent for service of process.

3.  All damages complained of herein exceed the jurisdictional prerequisites of this Court. All acts complained of herein occurred in Knox County, Kentucky. Jurisdiction and venue are established in the Knox Circuit Court.

4.  On or about March 14, 2019 in Knox County, Kentucky, the plaintiff was injured when his vehicle was struck by a truck operated by an agent, servant or employee of the defendant. The defendant's agent/servant/employee breached his duty of ordinary care and was otherwise negligent which led to the collision.

5.  The collision was a substantial factor in causing the plaintiff to suffer the following injuries and damages:

    a.  Past mental and physical pain and suffering;

    b.  Future mental and physical pain and suffering:

   c. Past medical expenses;

    d.    Future medical expenses;

    e.    Loss of the enjoyment of life;

    f.    Increased likelihood of future complications and inconvenience.

    6.    The defendant is vicariously liable for the actions of its agent/servant/employee and for its failure to properly train and/or supervise him. This failure to properly train and supervise also caused or contributed to the underlying the collision and damages suffered by the plaintiff.

    WHEREFORE, the plaintiff demands as follows:

    a.    A judgment in an amount to be determined at trial by jury;

    b.    Court cost and attorney fees;

    c.    Pre and post judgment interest;

    d.    Any and all other relief to which the plaintiff may be deemed entitled by this Court.

    */s/ Roy G. Collins*
ROY G. COLLINS
MORGAN, COLLINS, YEAST & SALYER
ATTORNEYS AT LAW
109 DICKENSON STREET
MANCHESTER, KENTUCKY 40962
(606) 598-2122
FAX : 598-7842
EMAIL: roy.collins@kentuckycourage.com
COUNSEL FOR THE PLAINTIFF

AND

BRUCE BENTLEY
105 N. MAIN STREET
P.O. BOX 1926
LONDON, KY 40743
(606) 877-0088
Fax: 877-0096
EMAIL: bruce@bsglawfirm.com
CO-COUNSEL FOR THE PLAINTIFF

COMMONWEALTH OF KENTUCKY
KNOX CIRCUIT COURT
DIVISION NO. 1
CIVIL ACTION NO. 21-CI-00051

HOMER K. ABNER     PLAINTIFF

v.     **ANSWER TO COMPLAINT**
*Electronically Filed*

PAM TRANSPORT, INC.     DEFENDANT

* * * * *

Comes the Defendant, PAM Transport, Inc., by counsel, and for its answer to Plaintiff's complaint, states as follows:

### FIRST DEFENSE

The complaint should be dismissed for failure to state a claim upon which relief may be granted.

### SECOND DEFENSE

The complaint may be barred by the applicable statute of limitations, depending upon the actual date of the subject accident, the accrual date of Plaintiff's cause of action and all other relevant statutory and common law.

### THIRD DEFENSE

1. Defendant is without sufficient information or knowledge to admit or deny the allegations contained in numbered paragraph 1 of the complaint, and therefore denies same.

2. Defendant admits that it is a foreign corporation and has vehicles that travel through Kentucky, to include Knox County, Kentucky, as part of its commercial motor vehicle carrier business as alleged in numbered paragraph 2 of the complaint.

Defendant does not answer to the statement of law contained within said paragraph in that the Court is the only authority for the applicable law in this case, and such law shall speak for itself.

3. Defendant does not answer to the statement of law contained within numbered paragraph 3 of the complaint in that the Court is the only authority for the applicable law in this case, and such law shall speak for itself.

4. Defendant denies any allegations or implications of negligence by this Defendant or any of this Defendant's agents, servants, or employees as alleged in numbered paragraph 4 of the complaint. Defendant is without sufficient information or knowledge to admit or deny the remaining allegations of said paragraph, and therefore denies same.

5. Defendant denies any allegations or implications of negligence in numbered paragraph 5 of the complaint. Defendant is without sufficient information or knowledge to admit or deny the remaining allegations of said paragraph as to the cause, nature, extent and duration of Plaintiff's claimed injuries and damages, if any, and therefore Defendant denies same.

6. Defendant denies any allegations or implications of negligence or vicarious liability in numbered paragraph 6 of the complaint. Defendant does not answer to the statement of law contained within said paragraph in that the Court is the only authority for the applicable law in this case, and such law shall speak for itself.

## FOURTH DEFENSE

Defendant affirmatively states that if on the date and occasion complained of, the subject accident and Plaintiff's claimed injuries and damages, if any, were caused and

4848-1536-1505, v. 2

brought about in whole or in part by the negligence of Plaintiff, Defendant relies upon same as a complete or partial bar to Plaintiff's complaint.

## FIFTH DEFENSE

Defendant affirmatively states that if on the date and occasion complained of, the subject accident and Plaintiff's claimed injuries and damages, if any, were caused and brought about in whole or in part by the negligence of a third-party, not named or identified in the complaint, Defendant relies upon same as a complete or partial bar to Plaintiff's complaint.

## SIXTH DEFENSE

Defendant affirmatively states that if on the date and occasion complained of, the subject accident and Plaintiff's claimed injuries and damages, if any, were caused and brought about in whole or in part by an act of God, Defendant relies upon same as a complete or partial bar to Plaintiff's complaint.

## SEVENTH DEFENSE

Defendant affirmatively states that if on the date and occasion complained of, the subject accident and Plaintiff's claimed injuries and damages, if any, were caused and brought about by an intervening and superseding cause of which Defendant had no control, Defendant relies upon same as a complete bar to Plaintiff's complaint.

## EIGHTH DEFENSE

Defendant affirmatively relies upon all applicable provisions of Kentucky's Motor Vehicle Reparations Act (K.R.S. 304.39-010, *et. seq.*) as complete bars to those relevant portions of Plaintiff's complaint.

4848-1536-1505, v. 2

## NINTH DEFENSE

Defendant affirmatively states that to the extent that Plaintiff's medical expenses and lost wages have been paid or are payable by Plaintiff's basic reparations benefits carrier, the cause of action for recovery of such damages belongs to said carrier, and Defendant relies upon same as a complete bar to those portions of Plaintiff's claim.

## TENTH DEFENSE

Defendant affirmatively states that to the extent that Plaintiff has failed to mitigate his damages, Defendant relies upon same as a complete bar to those portions of Plaintiff's claim caused by such failure.

## ELEVENTH DEFENSE

Defendant affirmatively relies upon all available defenses permitted pursuant to Kentucky Rules of Civil Procedure 8.03 and 12.02 as complete bars to those relevant portions of Plaintiff's claim.

WHEREFORE, Defendant moves for a dismissal of the complaint against it, for its costs incurred herein, and for any and all other relief to which it may appear entitled.

    Respectfully submitted,

    DANIEL E. MURNER (No. 82715)
    ELIZABETH WINCHELL (No. 92088)
    LACEY FIORELLA (No. 92006)
    LANDRUM & SHOUSE LLP
    P. O. Box 951
    Lexington, KY 40588-0951
    Telephone: (859) 255-2424

BY:   s/Daniel E. Murner
    COUNSEL FOR DEFENDANT,
    PAM TRANSPORT, INC.

## CERTIFICATE OF SERVICE

      I hereby certify that on the 10th day of March, 2021, the foregoing document was electronically filed with the Clerk of this Court using the KY eCourts eFiling system, which will send notification of such filing to the following:

Daniel E. Murner                     (dmurner@landrumshouse.com)
Elizabeth Winchell              (ewinchell@landrumshouse.com)
Lacey Fiorella                       (lfiorella@landrumshouse.com)
*Counsel for Defendant,*
*PAM Transport, Inc.*

      I further certify that I mailed this document U.S. mail, first class, postage prepaid, to the following:

Roy G. Collins                      (roy.collins@kentuckycourage.com)
MORGAN, COLLINS, YEAST & SALYER
109 Dickenson Street
Manchester, KY  40962
*Co-Counsel for Plaintiff*

Bruce Bentley                       (bruce@bsglawfirm.com)
105 N. Main Street
P.O. Box 1926
London, KY  40743
*Co-Counsel for Plaintiff*

                                       BY:    s/Daniel E. Murner
                                               COUNSEL FOR DEFENDANT,
                                               PAM TRANSPORT, INC.

COMMONWEALTH OF KENTUCKY
KNOX CIRCUIT COURT
DIVISION NO. 1
CIVIL ACTION NO. 21-CI-00051

HOMER K. ABNER                                              PLAINTIFF

v.        **NOTICE OF ELECTION OF ELECTRONIC SERVICE**
*Electronically Filed*

PAM TRANSPORT, INC.                                DEFENDANT

\* \* \* \* \*

Comes the Defendant, PAM Transport, Inc., by counsel and pursuant to CR 5.02(2), elects to "effectuate and receive service via electronic means." The electronic notification addresses at which the undersigned attorneys agree to accept service are listed below. Please include all e-mail addresses below to assure receipt of service.

    dmurner@landrumshouse.com
    ewinchell@landrumshouse.com
    lfiorella@landrumshouse.com
    cames@landrumshouse.com
    tbarkley@landrumshouse.com

Please provide, in accordance with said rule, the electronic notification address at which counsel may be served.

                                          Respectfully submitted,

                                          DANIEL E. MURNER (No. 82715)
                                          ELIZABETH WINCHELL (No. 92088)
                                          LACEY FIORELLA (No. 92006)
                                          LANDRUM & SHOUSE LLP
                                          P. O. Box 951
                                          Lexington, KY 40588-0951
                                          Telephone: (859) 255-2424

                 BY:     s/Daniel E. Murner
                                          COUNSEL FOR DEFENDANT,
                                          PAM TRANSPORT, INC.

4848-1536-1505, v. 2

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 10th day of March, 2021, the foregoing document was electronically filed with the Clerk of this Court using the KY eCourts eFiling system, which will send notification of such filing to the following:

Daniel E. Murner                      (dmurner@landrumshouse.com)
Elizabeth Winchell               (ewinchell@landrumshouse.com)
Lacey Fiorella                       (lfiorella@landrumshouse.com)
*Counsel for Defendant,*
*PAM Transport, Inc.*

      I further certify that I mailed this document U.S. mail, first class, postage prepaid, to the following:

Roy G. Collins                      (roy.collins@kentuckycourage.com)
MORGAN, COLLINS, YEAST & SALYER
109 Dickenson Street
Manchester, KY  40962
*Co-Counsel for Plaintiff*

Bruce Bentley                      (bruce@bsglawfirm.com)
105 N. Main Street
P.O. Box 1926
London, KY  40743
*Co-Counsel for Plaintiff*

                                              BY:    s/Daniel E. Murner
                                                    COUNSEL FOR DEFENDANT,
                                                    PAM TRANSPORT, INC.

COMMONWEALTH OF KENTUCKY
KNOX CIRCUIT COURT
DIVISION NO. 1
CIVIL ACTION NO. 21-CI-00051

HOMER K. ABNER                                                     PLAINTIFF

v.                **NOTICE OF SERVICE OF DISCOVERY**
*Electronically Filed*

PAM TRANSPORT, INC.                                  DEFENDANT

\* \* \* \* \*

Defendant, PAM Transport, Inc., hereby gives notice of service of interrogatories and requests for production of documents to Plaintiff, Homer K. Abner, under CR 33 and CR 34 on March 10, 2021.

Respectfully submitted,

DANIEL E. MURNER (No. 82715)
ELIZABETH WINCHELL (No. 92088)
LACEY FIORELLA (No. 92006)
LANDRUM & SHOUSE LLP
P. O. Box 951
Lexington, KY 40588-0951
Telephone: (859) 255-2424

BY:    s/Daniel E. Murner
COUNSEL FOR DEFENDANT,
PAM TRANSPORT, INC.

4848-1536-1505, v. 2

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of March, 2021, the foregoing document was electronically filed with the Clerk of this Court using the KY eCourts eFiling system, which will send notification of such filing to the following:

Daniel E. Murner            (dmurner@landrumshouse.com)
Elizabeth Winchell          (ewinchell@landrumshouse.com)
Lacey Fiorella              (lfiorella@landrumshouse.com)
*Counsel for Defendant,*
*PAM Transport, Inc.*

I further certify that I mailed this document U.S. mail, first class, postage prepaid, to the following:

Roy G. Collins              (roy.collins@kentuckycourage.com)
MORGAN, COLLINS, YEAST & SALYER
109 Dickenson Street
Manchester, KY 40962
*Co-Counsel for Plaintiff*

Bruce Bentley               (bruce@bsglawfirm.com)
105 N. Main Street
P.O. Box 1926
London, KY 40743
*Co-Counsel for Plaintiff*

                                              BY:   s/Daniel E. Murner
                                                   COUNSEL FOR DEFENDANT,
                                                   PAM TRANSPORT, INC.

4848-1536-1505, v. 2

COMMONWEALTH OF KENTUCKY
KNOX CIRCUIT COURT
DIVISION NO. 1
CIVIL ACTION NO. 21-CI-00051

HOMER K. ABNER                                                                              **PLAINTIFF**

v.            <u>NOTICE OF SERVICE OF RESPONSES</u>
                <u>TO REQUESTS FOR ADMISSION</u>

PAM TRANSPORT, INC.                                       **DEFENDANT**

* * * * *

Comes the Defendant, PAM Transport, Inc., by counsel, and notifies counsel and the Court that on this day it has served responses to requests for admission propounded by Plaintiff.

                                       Respectfully submitted,
                                       DANIEL E. MURNER    (No. 82715)
                                       ELIZABETH WINCHELL   (No. 92088)
                                       LACEY FIORELLA       (No. 92006)
                                       LANDRUM & SHOUSE LLP
                                       P. O. Box 951
                                       Lexington, KY 40588-0951
                                       Telephone: (859) 255-2424

BY:    <u>s/Daniel E. Murner</u>
             COUNSEL FOR DEFENDANT,
             PAM TRANSPORT, INC.

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on the 15th day of March, 2021, the foregoing document was electronically filed with the Clerk of this Court using the KY eCourts eFiling system, which will send notification of such filing to the following:

Daniel E. Murner                         (<u>dmurner@landrumshouse.com</u>)
Elizabeth Winchell                    (<u>ewinchell@landrumshouse.com</u>)
Lacey Fiorella                            (<u>lfiorella@landrumshouse.com</u>)
*Counsel for Defendant,*
*PAM Transport, Inc.*

I further certify that I mailed this document U.S. mail, first class, postage prepaid, to the following:

Roy G. Collins                               (<u>roy.collins@kentuckycourage.com</u>)
MORGAN, COLLINS, YEAST & SALYER
109 Dickenson Street
Manchester, KY 40962
*Co-Counsel for Plaintiff*

4848-1536-1505, v. 2

Bruce Bentley (bruce@bsglawfirm.com)
105 N. Main Street
P.O. Box 1926
London, KY  40743
*Co-Counsel for Plaintiff*

        BY:   <u>s/Daniel E. Murner</u>
             COUNSEL FOR DEFENDANT,
             PAM TRANSPORT, INC.

4848-1536-1505, v. 2